**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000483
28-OCT-2022
07:59 AM
Dkt. 53 OAWST

NO. CAAP-20-0000483

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

U.S. BANK NATIONAL ASSOCIATION, as Trustee Successor in Interest to Wilmington Trust Company, as Trustee, Successor in Interest to Bank of America, National Association as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-1, Plaintiff-Appellee,
v.
CHONG MIRO-RUIZ, KEHALANI COMMUNITY ASSOCIATION, Defendants-Appellees,
and
LAUNANI ASSETS, LLC, a Hawaii Limited Liability Company, Defendant-Appellant-Intervenor
and
DOES 1-20 Inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO.  2CC161000436)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal (**Stipulation**), filed October 20, 2022, by Plaintiff-Appellee U.S. Bank National Association as Trustee Successor in Interest to Bank of America, National Association as Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-1, (**U.S. Bank**), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties to the appeal, U.S. Bank and Launani

Assets LLC, a Hawaii Limited Liability Company (**Launani**) stipulate to dismiss the appeal and have specified the terms as to payment of attorneys' fees and costs and agreed that there are no outstanding fees and costs due; (3) Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 42(b) authorizes the "parties to a docketed appeal" to "sign and file a stipulation for dismissal"; and (4) the Stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the Stipulation for Dismissal of Appeal is approved, and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, October 28, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge